UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES,** | 12-cr-00717 (KM) |
| Plaintiff, | |
| v. | **ORDER** |
| **THOMAS B. ZOMBORY,** | |
| Defendant. | |

**THIS MATTER** having been opened to the Court on the appeal of defendant Thomas B. Zombory, by his counsel David J. Foley, Esq., from the judgment of conviction and sentence of a misdemeanor offense under 36 C.F.R. § 7.29(c), entered on October 18, 2012, by Anthony R. Mautone, U.S.M.J. (Mag. No. 12-9303, Docket No. 2); and the United States, by Assistant U.S. Attorney Rahul Agarwal, having opposed the appeal; and the Court having reviewed the submissions and the entire trial record, and considered the matter without oral argument, pursuant to Fed. R. Civ. P. 78; for the reasons stated in the Opinion filed this day, and for good cause shown:

**IT IS** this 6th day of November, 2013,

**ORDERED** that the judgment is **AFFIRMED.**

_____
KEVIN MCNULTY, U.S.D.J.